794 A.2d 178

SPAULDING COMPOSITES COMPANY, INC., PLAINTIFF–RE-SPONDENT, AND CALDWELL TRUCKING PRP GROUP, IN-TERESTED–PARTY MOVANT, v. LIBERTY MUTUAL INSUR-ANCE COMPANY, ET AL., DEFENDANTS–RESPONDENTS.

March 20, 2002.

## ORDER

Leave to appeal is granted.

794 A.2d 179

DOUGLAS WHITE, ETC., PLAINTIFF–RESPONDENT, v. ALFRED MATTERA, ET AL., DEFENDANTS, AND COOPER HOSPI-TAL/UNIVERSITY MEDICAL CENTER, DEFENDANT–MOV-ANT.

March 20, 2002.

## ORDER

Leave to appeal is granted.

794 A.2d 179

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. NATHANIEL HARVEY, DEFENDANT–RESPONDENT.

March 26, 2002.

## CORRECTED ORDER

Leave to appeal is granted.